UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-61584-DIMITROULEAS/HUNT

GAYE MCNISH,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

**ORDER OF REMAND; ADOPTING REPORT OF MAGISTRATE JUDGE**

THIS CAUSE is before the Court upon the Report and Recommendation of Magistrate Judge Patrick M. Hunt (the "Report") [DE 20], entered herein on November 2, 2023. The Court notes that no objections to the Report [DE 20] have been filed, and the time for filing such objections has passed. As no timely objections were filed, the Magistrate Judge's factual findings in the Report [DE 20] are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Although no timely objections were filed, the Court has conducted a *de novo* review of the Report [DE 20] and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate Judge's analysis and conclusions.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report [DE 20] is hereby **ADOPTED AND APPROVED**;

2. Plaintiff's Motion for Summary Judgment [DE 16] is **GRANTED**;

3. Defendant's Motion for Summary Judgment [DE 17] is **DENIED**;

4. This case is hereby **REMANDED** for further consideration commensurate with the Report [DE 20]; and

5. The Clerk is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 17th day of November, 2023.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record
Magistrate Judge Hunt